DANIEL S. TRUAX (SBN: 157276)
JAMES T. C. NUSS (SBN: 089011)
CLIFFORD W. STEVENS (SBN: 148918)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA 95201-2030
Telephone: (209) 948-8200
Facsimile: (209) 948-4910

Attorneys for Plaintiff,
SAVVY REAL ESTATE CAPITAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>RUDY JAMES NG and CONSTANCE MARIA NG aka CONSTANCE MARIA KIM,<br><br>               Debtors.<br>_____<br>SAVVY REAL ESTATE CAPITAL, A California Corporation, as authorized agent and servicer for Schreiber Family Trust Dated March 22, 1989; Michael and Liliana Kraszulyak Living Trust, U/A Dated June 12, 2003; Curtis Heinz, Trustee of the Curtis Heinz Revocable Trust U/A Dated 1/23/02; Marc Brenner and Johanna Gladieux, as Community Property; Fjeld Family Foundation; Joseph C. Yellen and Christy E. Yellen, a married couple,<br><br>               Plaintiff,<br><br>   vs.<br><br>RUDY JAMES NG and CONSTANCE MARIA NG aka CONSTANCE MARIA KIM; and DOES 1-25, inclusive,<br><br>               Defendants. | Bankruptcy Case No. 09-33068<br><br>Chapter 7<br><br>Adversary Proceeding No. 10-03004<br><br>JOINT DISCOVERY PLAN<br><br>Status Conference Date:<br>    April 30, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>       235 Pine Street, 10th Fl.<br>       Courtrm. 22<br>       San Francisco, CA<br>Judge: Hon. Dennis Montali |

Pursuant to Fed. R. Bankr. P. Rule 7026, as well as the "Order Re Initial Disclosures and Discovery Conference", a telephonic discovery conference took place on March 4, 2010 between Daniel S. Truax of Neumiller & Beardslee, attorneys for Plaintiff SAVVY REAL ESTATE CAPITAL and Samuel E. Goldstein of Samuel E. Goldstein & Associates, attorneys for Defendants Rudy and Constance Ng.

The following reflects the agreement of counsel regarding the schedule for this case:

| | |
|---|---|
| Last date to complete Initial Disclosures: | March 18, 2010 |
| Last date to disclose experts: | 60 days before trial or pre-trial conference. |
| Close of discovery: | 30 days before trial or pre-trial conference. |
| Trial Date: | Approximately Mid-January 2011. Defendants' counsel has not been able to clear this trial date with his clients but will be prepared to address this issue at the Status Conference. |

The parties reserve the right to utilize any lawful discovery devise prior to the close of discovery.

Dated: March 17, 2010

NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

By: */s/ Daniel S. Truax*
DANIEL S. TRUAX
Attorneys for Plaintiff
SAVVY REAL ESTATE CAPITAL

Dated: March 16, 2010

samuel e. goldstein & associates

By: */s/ Samuel E. Goldstein*
samuel e. goldstein
Attorneys for Defendants
RUDY and CONSTANCE NG

2
Joint Discovery Plan