| | |
|---|---|
| 1 | **samuel e. goldstein & associates** |
| | samuel e. goldstein (sbn 076559) |
| 2 | 1777 botelho drive, suite 345 |
| | walnut creek, california 94596-5084 |
| 3 | telephone: (925) 906-4700 |
| | facsimile: (925) 906-4703 |
| 4 | |
| 5 | Attorney for Rudy James Ng and Constance Maria Ng |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-33068 |
| RUDY JAMES NG and CONSTANCE MARIA NG, | |
| Debtors. | |
| _____/ | |
| SAVVY REAL ESTATE CAPITAL, a California corporation, as authorized agent and servicer for SCHREIBER FAMILY TRUST DATED MARCH 22, 1989; MICHAEL AND LILIANA KRASZULYAK LIVING TRUST U/A DATED JUNE 12, 2003; CURTIS HEINZ, Trustee of the Curtis Heinz Revocable trust U/A Dated 1/23/2002; MARC BRENNER AND JOHANNA GLADIEUX as Community Property; FJELD FAMILY FOUNDATION; JOSEPH C. YELLEN AND CHRISTY E. YELLEN, married couple, | ADVERSARY PROCEEDING NO. 10-3004 <br><br> **DEFENDANT NG'S STATUS CONFERENCE STATEMENT** <br><br> Date: April 30, 2010 <br> Time: 1:30 p.m. <br> Judge: Montali, Courtroom 22 |
| Plaintiffs, | |
| vs. | |
| RUDY JAMES NG AND CONSTANCE MARIA NG aka CONSTANCE MARIA KIM; and DOES 1-25, inclusive. | |
| Defendants. | |
| _____/ | |

**To the Honorable Dennis Montali, United States Bankruptcy Court Judge, the plaintiff in the above referenced adversary proceedings, and their counsel of record:**

Defendants Rudy Ng and Constance Ng submit their Status Conference Statement as follows:

1. <u>Savvy's Foreclosure</u>:

On or about April 7, 2010, the first lien-holders, (represented by Savvy Real Estate), conducted their non-judicial foreclosure sale of the subject property. Savvy was the successful high bidder at the sale. The junior lienholders, Fjeld apparently were "sold-out" and is now unsecured.

2. <u>Pretrial Exchanges</u>:

The parties to this adversary proceeding timely met and conferred by telephone and then made disclosures of documents and other information as required by FRBP 7026.

3. <u>Pretrial Motions</u>:

The parties are likely to stipulate to consolidate the two adversary proceedings for trial purposes. In the event that the parties do not stipulate a motion to consolidate will be made. Reserved until discovery proceeds.

4. <u>Position of Parties with Respect to Bankruptcy Rules 7008 and 7012(b)</u>:

The Ng's presently take no position regarding whether this matter is core or non-core. Although this and the companion adversary proceeding filed by Savvy are brought under the Bankruptcy Code, the actions arise under state law and could have been filed there. Consequently, the Ng's assert that this Court may not enter a final judgment in this case but reserve the right to withdraw their assertion at a later time.

5. <u>Discovery and Trial Schedule</u>:

Plaintiff Fjeld and the Ng's have agreed on a trial and discovery schedule. The schedule set forth in the Fjeld Status Conference Statement is acceptable.

6. <u>ADR</u>

The Ng's agree to use the BDRP program as their first choice. They are open to JAMS but believe that bankruptcy expertise will be beneficial.

samuel e. goldstein & associates

DATED: April 26, 2010

By: SAMUEL E. GOLDSTEIN, Attorney for Defendants Rudy James Ng and Constance Maria Ng

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Contra Costa, State of California, I am over the age of eighteen (18) years and not a party to the within entitled cause, and my business address is 1777 Botelho Drive, Suite 345, Walnut Creek, California 94596. On the date set forth below, I served the following documents in the manner(s) selected:

- **DEFENDANT NG'S STATUS CONFERENCE STATEMENT**
- **CERTIFICATE OF SERVICE [unsigned]**

☒ (US MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), mailed in the United States mail with first class postage fully prepaid, at Walnut Creek, California, addressed as set forth below:

☐ (OFFICE MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at 1777 Botelho Drive, Suite 345, Walnut Creek, California 94596, addressed as set forth below. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ (OVERNIGHT DELIVERY to addressees marked "*") placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the cause and served on the party making service or at that party's(s') place of residence.

☐ (PERSONAL DELIVERY) personal delivery to the party or attorney at the address set forth below:

☐ (FACSIMILE to addresses marked with "%") transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the case and served on the party making service. Following the transmission, the undersigned received and reviewed written confirmation from the facsimile machine indicating that the facsimile had been transmitted to the recipient(s) without error.

| ATTORNEY FOR SAVVY REAL ESTATE | ATTORNEY FOR CHAPTER 7 TRUSTEE |
|---|---|
| Daniel S. Truax<br>Neumiller & Beardslee<br>P.O. Box 20<br>Stockton CA 95201 | Scott D. Schwartz<br>Rust, Aermenis & Schwartz<br>1 Market Street, 36th floor<br>San Francsico CA 94105 |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Certificate of Service was executed on the date set forth below.

DATED: April 26, 2010

*[signature]*

SAMUEL E. GOLDSTEIN, Declarant